1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7

8

ANNE BLOCK,                                      Case No. C18-907RSM

        Plaintiff,                               ORDER TO SHOW CAUSE

9

10              v.

11  WASHINGTON STATE BAR
    ASSOCIATION, et al.,
12

13          Defendants.

14      This matter comes before the Court *sua sponte* based on a Bar Order issued on April 13,

15  2016, against Plaintiff Anne Block in this Court. *See* Dkt. #122 in *Block v. Washington State*

16  *Bar Association et al.*, Case No. 2:15-cv-02018-RSM (W.D. Wash. 2016). That Order stated:

17

18              Any pro se complaint submitted for filing in this District in which
                Anne Block is a named Plaintiff or purports to act as party
19              representative shall be subject to review by the Court prior to the
                issuance of summons or service of process. . . . The Court will
20              review the proposed Complaint to determine whether good cause
                exists to permit the action to proceed in light of the claims raised
21              therein and Ms. Block's past litigation abuses. . . . The proposed
                Complaint shall be accompanied by a signed statement explaining,
22              on a claim-by-claim basis, (a) whether each claim was raised in
                any prior action (with an appropriate citation) and (b) why each
23              claim is not barred by collateral estoppel, res judicata, and/or an
                applicable immunity. If the Court determines that good cause has
24              not been shown, the action will be dismissed *sua sponte* without
                further notice. If the Court also determines that sanctions are
25              appropriate, those shall be imposed at the same time the action is
                dismissed.
26

27

28  *Id.* at 25–26.

ORDER TO SHOW CAUSE - 1

This case was originally filed by Ms. Block in U.S. District Court for the Middle District of Pennsylvania. The Honorable Malachy E. Mannion noted it was "inexplicabl[e]" that Ms. Block filed in Pennsylvania, given that Plaintiff and Defendants reside in Washington State, and the claims arise from events occurring in Washington State. Dkt. #8 at 1–2. The Pennsylvania Court ruled that "plaintiff's Complaint and her Amended Complaint both indicate that the crux of this case occurred in Washington State, and the addition of a single Pennsylvania defendant, along with a threadbare factual basis of liability, does not suffice to keep this action out of the venue in which it rightfully belongs." *Id.* at 8. The case was then transferred here. This Court agrees with Judge Mannion's analysis and will not revisit the issue of venue.

The Court finds that the April 13, 2016, Bar Order applies to this case even though it was originally filed in the Middle District of Pennsylvania. Accordingly, Ms. Block SHALL SHOW CAUSE why this case should not be dismissed pursuant to that Bar Order. Specifically, Ms. Block must respond with a signed statement explaining, on a claim-by-claim basis, (a) whether each claim was raised in any prior action (with an appropriate citation) and (b) why each claim is not barred by collateral estoppel, res judicata, and/or an applicable immunity. The Response **is due no later than 14 days** from the date of this Order and may not exceed **8 pages**. No attachments are permitted. Failure to file this Response will result in dismissal.

DATED this 25th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2