UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BLOCK,

    Plaintiff,

v.

WASHINGTON STATE BAR ASSOCIATION, et al.,

    Defendants.

Case No. C18-907RSM

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE

This matter comes before the Court on Defendants' Motion for Relief from Deadline. Dkt. #46. Given the unusual procedural posture of this case, *see* Dkt. #16, the Court has determined that it can rule on this Motion without responsive briefing.

This case is subject to a prior Bar Order issued against Plaintiff. *See id.*; Dkt. #122 in *Block v. Washington State Bar Association et al.*, Case No. 2:15-cv-02018-RSM (W.D. Wash. 2016). The Court currently awaits a response from Plaintiff to a pending Order to Show Cause.

Given all of the above, the Court now ORDERS that Defendant's Motion, Dkt. #46, is GRANTED. The deadline for responsive pleadings in this matter shall be delayed until 21 days after the Court issues a final order regarding the pending Order to Show Cause.

DATED this 29th day of June, 2018.

                                RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 1