FILED

MAY 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANNE BLOCK, Esquire, an individual, | No. 18-35690 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-00907-RSM<br>Western District of Washington, Seattle |
| v. | |
| WASHINGTON STATE BAR ASSOCIATION; et al., | ORDER |
| Defendants-Appellees. | |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument.

Therefore, this case is ordered submitted without oral argument on June 8, 2021, in Seattle, Washington.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7