UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNE BLOCK, Esquire,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>WASHINGTON STATE BAR ASSOCIATION; et al.,<br><br>　　　　Defendants - Appellees. | No. 21-35261<br><br>D.C. No. 2:18-cv-00907-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

A review of the docket demonstrates that counsel has failed to respond to the January 18, 2022 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellant is directed to notify his/her client immediately in writing regarding this dismissal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7